

# IN THE
# TENTH COURT OF APPEALS

### No. 10-09-00279-CV

## IN THE INTEREST OF Y.S., B.N.Y.S.,
## AND R.Y.S., CHILDREN

**From the 220th District Court
Hamilton County, Texas
Trial Court No. FM 07209**

## MEMORANDUM OPINION

This is an appeal of temporary orders entered in a suit affecting the parent-child relationship. Temporary orders in child custody matters are not subject to interlocutory appeal. *See In re Sigmar*, 270 S.W.3d 289, 295 (Tex. App.—Waco 2008, orig. proceeding [mand. denied]). Accordingly, the Clerk of this Court notified the parties that the appeal may be dismissed for want of jurisdiction if a response showing grounds for continuing the appeal was not filed within 10 days. *See* Tex. R. App. P. 42.3(a). The Court has received no response. Accordingly, the appeal is dismissed for want of jurisdiction. *Id.*

FELIPE REYNA

Justice

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Appeal dismissed
Opinion delivered and filed November 10, 2009
[CV06]